AFFIRMED; Opinion Filed October 31, 2012.



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-11-00734-CR

---

## RICCO LACHARLES EPPS, Appellant

### V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-01059-M**

---

# MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Lang

Ricco LaCharles Epps appeals the trial court's judgment adjudicating guilt. The State did not file a brief in this appeal. In one issue, Epps argues the trial court erred when it found him guilty because no indictment or information was filed against him. Subsequent to filing his brief, Epps informed this Court that the information was accidently omitted from his copy of the clerk's record and his sole issue on appeal is "now totally without merit." Accordingly, we dismiss Epps's sole

issue as moot. Since there are no other issues in this appeal, we affirm the trial court's judgment adjudicating guilt.

_____
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P.
110734F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICCO LACHARLES EPPS, Appellant

No. 05-11-00734-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
F09-01059-M).
Opinion delivered by Justice Lang, Justices
Bridges and Richter participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is
**AFFIRMED**.

Judgment entered October 31, 2012.

DOUGLAS S. LANG
JUSTICE